UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIONNA BASS and QUTRELIA JOHNSON,

Plaintiffs,

v.

WYNDERN STARK LLC, d/b/a GQR and BEAUMONT HEALTH,

Defendants.

Case No. 25-10219
Honorable Laurie J. Michelson

**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS [7, 17]**

For the reasons provided on the record during the December 30, 2025 motion hearing, Defendant Beaumont Health's motion to dismiss (ECF No. 7) and Defendant Wynden Stark LLC's motion to dismiss (ECF No. 17) are GRANTED.

Accordingly, this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Dated: December 30, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE